### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| SHELLY K. CHAPPELL, | : CASE NO. 17-15397 JKF |
| | : |
| DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : OBJECTION TO PLAN |
| | : |
| | : |
| MOVANT | : |
| | : HEARING DATE AND TIME |
| V. | : October 19, 2017 @ 9:30 a.m. |
| | : |
| SHELLY K. CHAPPELL, | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 19 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on October 12, 2017, by:

**17-15397 JKF Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

Brandon J. Perloff at bperloff@kminjurylawyers.com, kmecf1429@gmail.com

Frederick L. Reigle at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Matteo S. Weiner at bkgroup@kmllawgroup.com

**17-15397 JKF Notice will not be electronically mailed to:**

EXECUTED ON:  October 12, 2017

                                  Respectfully submitted by,

                          By:    /s/ Jim Peavler
                                Counsel
                                PA Department of Revenue
                                Office of Chief Counsel
                                Dept. 281061
                                Harrisburg, PA 17128-1061
                                PA I.D.  320663
                                Phone:  717-787-2747
                                Facsimile:  717-772-1459
                                jpeavler@pa.gov