# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Shelly K. Chappell | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No.17-15397-JKF |
| | : | |
| | : | Objection to Proof of Claim |
| | : | of Credit Acceptance |
| | : | Claim No. One |
| | : | |

## Request for Admissions Pursuant to Rule 36 of the Federal Rules of Civil Procedure

     Pursuant to Rule 7036 of the Federal Bankruptcy Rules and Rule 36 of the Federal Rules of Civil Procedure, Shelly K. Chappell requests that the Claimant, Credit Acceptance answer each of the following Requests for Admissions, separately and under oath, within thirty (30) days from the date of service hereof. If the space provided after each is not sufficient for your answer, please use additional sheets. A true and correct copy of each document referenced is attached to these Requests for Admissions.

1. It is admitted that Credit Acceptance filed Claim Number One in the Chapter 13 Bankruptcy Case of Shelly K. Chappell, case number 17-15397, and hereto attached is a true and correct copy of the claim as filed.

2. It is admitted that Claim Number One purports to be a general unsecured claim.

3. It is admitted that Claim Number One provides no evidence of a claim or right to payment against the Debtor.

4. It is admitted that the claim in which you filed originated with account number ending 8960.

5. It is admitted that claim number one should be disallowed from the claims register.

                                                               /s/ Brandon Perloff, Esq.
                                                               Brandon Perloff, Esquire
                                                               Attorney for Debtor