**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Shelly K. Chappell | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No.17-15397-JKF |
| | : | |
| | : | Objection to Proof of Claim |
| | : | of Credit Acceptance |
| | : | Claim No. One |
| | : | |

### Certification of Service

I, Brandon Perloff, Esq., hereby certify that I served that the Objection to Claim, Notice of Objection to Claim and Hearing Date and Request for Admissions to the interested parties listed below by first class prepaid postage mail and/or electronically on 12/21/2017:

**Via Electronic Mail:**
FREDERICK L. REIGLE
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**Via First Class Mail:**
Shelly K. Chappell
15 Forest Road
Elmer, NJ 08318

Alice S. Ford, Bankruptcy Coordinator
Credit Acceptance Corporation
25505 W. 12 Mile Road, Suite 3000
Southfield, MI 48034

Brett A. Roberts, CEO
Credit Acceptance Corporation
25505 W. 12 Mile Road, Suite 3000
Southfield, MI 48034

    /s/ Brandon Perloff, Esq.
Brandon Perloff, Esquire
Kwartler Manus, LLC
1429 Walnut Street, Suite 701
Philadelphia, PA 19102
(267)-457-5570