# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Shelly K. Chappell | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No.17-15397-JKF |
| | : | |
| | : | Objection to Proof of Claim #7 |
| | : | |

### Certification of Service

     I, Brandon Perloff, Esq., hereby certify that I served that the Objection to Claim, Notice of Objection to Proof of Claim and Request for Admissions was served to the interested parties listed below by first class prepaid postage mail and/or electronically on 12/21/2017:

**Via Electronic Mail:**
Frederick L. Reigle, Trustee
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**Via First Class Mail:**
Shelly K. Chappell
15 Forest Road
Elmer, NJ 08318

Cheryl Guziczek, Bankruptcy Specialist
Cavalry Portfolio Services, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Andrew Zaro, CEO and President
Cavalry Portfolio Services, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

                                                /s/ Brandon Perloff, Esq.
                                                 Brandon Perloff, Esquire
                                                 Kwartler Manus, LLC
                                                 1429 Walnut Street, Suite 701
                                                 Philadelphia, PA 19102
                                                 (267)-457-5570