# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Shelly K. Chappell | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No.17-15397-JKF |
| | : | |
| | : | Objection to Proof of Claim #8 |
| | : | of Midland Funding LLC |
| | : | |

## Certification of Service

I, Brandon Perloff, Esq., hereby certify that I served that the above Notice of Objection to Proof of Claim and Request for Admissions was served to the interested parties listed below by first class prepaid postage mail and/or electronically on 12/21/2017:

**Via Electronic Mail:**
FREDERICK L. REIGLE
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**Via First Class Mail:**
Shelly K. Chappell
15 Forest Road
Elmer, NJ 08318

Jovanka Hujdurovic, Bankruptcy Specialist
Midland Credit Management, Inc.
P.O. Box 2011
Warren, MI 48090

Brandon Black, CEO
Midland Credit Management, Inc.
2365 Northside Dr #300
San Diego, CA 92108

  /s/ Brandon Perloff, Esq.
Brandon Perloff, Esquire
Kwartler Manus, LLC
1429 Walnut Street, Suite 701
Philadelphia, PA 19102