**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Shelly K. Chappell | : | Chapter 13 |
| Debtor | : | Bankruptcy No.17-15397 |
| | : | Objection to Proof of Claim of Credit Acceptance |
| | : | Claim Number One |

**Order**

AND NOW, this __26th__ day of __January__, 2018, upon considering the Debtor's objection to the proof claim Number One of Credit Acceptance, and the answer and testimony of the Respondent, it is hereby ORDERED ~~and DECREED~~ that Debtor's Objection is SUSTAINED.

Claim Number One (#1) shall be disallowed in its entirety. ~~and stricken from the Claims Register. The Clerk shall modify the claims register accordingly.~~

Date: _____

_____
Hon. Jean K. FitzSimon
**United States Bankruptcy Judge**