**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Shelly K. Chappell | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No.17-15397-JKF |
| | : | |
| | : | Objection to Proof of Claim #7 |
| | : | |

**Order**

AND NOW, this 26th day of January, 2018, upon considering the Debtor's objection to the proof claim of Cavalry SPV I, LLC, Proof of Claim #7, Filed on 10/26/2017, and the answer and testimony of the Respondent.

It is hereby ORDERED ~~and DECREED~~ that the proof of claim filed by Cavalry SPV I, LLC, Proof of Claim #7, Filed on 10/26/2017 is hereby disallowed ~~and removed from the Claims Register~~.

*[signature]*

Hon. Jean K. FitzSimon
**United States Bankruptcy Judge**