**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Shelly K. Chappell | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No.17-15397-JKF |
| | : | |
| | : | Objection to Proof of Claim #8 |
| | : | of Midland Funding LLC |
| | : | |

**Order**

AND NOW, this ___26th___ day of ___January___, 2018, upon considering the Debtor's objection to the proof claim of Midland Funding LLC, Proof of Claim #8, filed on 11/9/2017, and the answer and testimony of the Respondent.

It is hereby ORDERED ~~and DECREED~~ that the proof of claim filed by Midland Funding LLC, Proof of Claim #8, filed on 11/9/2017 is hereby disallowed. ~~and removed from the Claims Register.~~

_____
Hon. Jean K. FitzSimon
**United States Bankruptcy Judge**