IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| SHELLY K. CHAPPELL | : 17-15397 JKF |
| | : |
| DEBTORS | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : WITHDRAWAL OF OBJECTION |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| SHELLY K. CHAPPELL | : |
| RESPONDENT | : RELATED TO DOCKET NO. 48 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S WITHDRAW OF OBJECTION

    I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading of Pennsylvania Department of Revenue's withdraw of Objection, on the parties at the below addresses, on January 30, 2018 by:

**17-15397 JKF Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@pa.gov; RA-occbankruptcy6@pa.gov

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

Polly A. Langdon at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Brandon J. Perloff at bperloff@kminjurylawyers.com, kmecf1429@gmail.com

Frederick L. Reigle at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Alexander T. Garcia at ecfmail@mwc-law.com

Matteo S. Weiner at bkgroup@kmllawgroup.com

**17-15397 JKF Notice will not be electronically mailed to:**

EXECUTED ON:  January 30, 2018

                                      Respectfully submitted by,

                        By:    /s/ Jim Peavler
                               Counsel
                               Office of Chief Counsel
                               PA Department of Revenue
                               Office of Chief Counsel
                               PO Box 281061
                               Harrisburg, PA 17128-1061
                               Attorney I.D. 320663
                               (717) 787-2747
                               Facsimile (717) 772-1459
                               jpeavler@pa.gov