# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Shelly K. Chappell f/k/a Shelly Johnson f/k/a Shelly Zanders f/k/a Shelly Wicks<br>　　　　　　　　　Debtor | CHAPTER 13 |
| The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-15, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　　vs.<br>Shelly K. Chappell f/k/a Shelly Johnson f/k/a Shelly Zanders f/k/a Shelly Wicks<br>　　　　　　　　　Respondent | NO. 17-15397 JKF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-15, which was filed with the Court on or about August 24, 2017 (Document No. 14).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

January 30, 2018