**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Shelly K. Chappell f/k/a Shelly Johnson f/k/a Shelly Zanders f/k/a Shelly Wicks<br><br>Debtor<br><br>Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-15, or its Successor or Assignee<br>Movant<br>vs.<br><br>Frederick L. Reigle, Trustee<br>Shelly K. Chappell f/k/a Shelly Johnson f/k/a Shelly Zanders f/k/a Shelly Wicks<br>Respondents | Chapter 13<br>Bankruptcy No. 17-15397-JKF |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-15 or its Successor or Assignee, filed a Motion for Relief from the Automatic Stay with the court requesting Relief from the automatic stay as to property at 6128 Lensen Street, Philadelphia, Pennsylvania 19144-1021.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

      1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before February 14, 2018 you or your attorney must do all of the following:

      (a)      file an answer explaining your position at

      United States Bankruptcy Court
      For the Eastern District of Pennsylvania
      800 Market Street
      Suite 400
      Philadelphia, Pennsylvania 19107

      If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b)      mail a copy to the movant's attorney:

      Ann E. Swartz, Esquire
      McCabe, Weisberg & Conway, LLC
      123 S. Broad Street, Suite 1400

        Philadelphia, PA 19109
        Phone: 215-790-1010
        Fax: 215-790-1274

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon on February 21, 2018 at 9:30 a.m. in Courtroom 3 United States Bankruptcy Court, 800 Market Street, Suite 400, Philadelphia, Pennsylvania 19107.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: January 31, 2018