United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shelly K. Chappell  
    Debtor

Case No. 17-15397-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Jan 29, 2018  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2018.  
db          +Shelly K. Chappell,    15 Forest Road,    Elmer, NJ 08318-4037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2018 at the address(es) listed below:  
       ALEXANDRA T. GARCIA    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-15 ecfmail@mwc-law.com  
       BRANDON J. PERLOFF    on behalf of Debtor Shelly K. Chappell bperloff@kminjurylawyers.com, kmecf1429@gmail.com  
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
       JIM PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us  
       MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of The CWABS, Inc., Asset-Backed Certificates, Series 2006-15 bkgroup@kmllawgroup.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon et al... bkgroup@kmllawgroup.com  
       POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                    TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Shelly K. Chappell | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No.17-15397-JKF |
| | : | |
| | : | Objection to Proof of Claim #7 |
| | : | |

## Order

AND NOW, this __26th__ day of __January__, 2018, upon considering the Debtor's objection to the proof claim of Cavalry SPV I, LLC, Proof of Claim #7, Filed on 10/26/2017, and the answer and testimony of the Respondent.

It is hereby ORDERED ~~and DECREED~~ that the proof of claim filed by Cavalry SPV I, LLC, Proof of Claim #7, Filed on 10/26/2017 is hereby disallowed ~~and removed from the Claims Register~~.

_____
Hon. Jean K. FitzSimon
**United States Bankruptcy Judge**