**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Shelly K. Chappell

        Debtor(s).

13

Bky No. 17-15397 - JKF

**ORDER**

    **AND NOW,** this _____ day of _____ 2018, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of the firm Kwartler Manus, LLC**,** counsel for debtor(s) and after notice it is hereby

    **ORDERED** that counsel fees in the amount $4,100.00 less $1,427.00 already paid with a remaining balance of $2,673.00 are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B).

**BY THE COURT:**

_____
Hon. Jean K. FitzSimon
**U.S. BANKRUPTCY JUDGE**

**Date: February 1, 2018**

**CC:**  **Brandon Perloff, Esq.**
Kwartler Manus, LLC
1429 Walnut Street, Suite 701
Philadelphia, PA   19102

Frederick Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave.
PO Box 4010
Reading, PA 19606

Shelly K. Chappell
15 Forest Road
Elmer, NJ 08318