United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15397-jkf
Shelly K. Chappell                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 1              Date Rcvd: Feb 01, 2018
                            Form ID: 155              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2018.
db             +Shelly K. Chappell,   15 Forest Road,   Elmer, NJ 08318-4037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2018 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2006-15 ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for The Bank
               of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the
               CWABS Inc., Asset-Backed Certificates, Series 2006-1 ecfmail@mwc-law.com, ecfmail@mwc-law.com
              BRANDON J. PERLOFF    on behalf of Debtor Shelly K. Chappell bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JIM  PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KEVIN G. MCDONALD    on behalf of Creditor   The Bank of New York Mellon et al...
               KMcDonald@blankrome.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New
               York, as Trustee for the Certificateholders of The CWABS, Inc., Asset-Backed Certificates,
               Series 2006-15 bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   The Bank of New York Mellon et al...
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Shelly K. Chappell
        Debtor(s)

Chapter: 13
Bankruptcy No: 17−15397−jkf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this February 1, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Jean K. FitzSimon
Judge ,
United States Bankruptcy Court

63
Form 155