**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Shelly K. Chappell f/k/a Shelly Johnson f/k/a Shelly Zanders f/k/a Shelly Wicks<br><br>Debtor<br><br>Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-15, or its Successor or Assignee<br>Movant<br>vs.<br><br>Frederick L. Reigle, Trustee<br>Shelly K. Chappell f/k/a Shelly Johnson f/k/a Shelly Zanders f/k/a Shelly Wicks<br>Respondents | Chapter 13<br>Bankruptcy No. 17-15397-JKF |

**ORDER**

AND NOW, this 26th day of February, 2018, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, terminated as to Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-15, or its Successor or Assignee, with respect to the property located at: 6128 Lensen Street, Philadelphia, Pennsylvania 19144-1021.

_____
Jean K. FitzSimon
United States Bankruptcy Judge

cc.:
Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Ann E. Swartz, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad St., Suite 1400
Philadelphia, PA 19109

Brandon J. Perloff
Kwartler Manus, LLC
1429 Walnut Street, Suite 701
Philadelphia, PA 19102

Shelly K. Chappell f/k/a Shelly Johnson f/k/a
Shelly Zanders f/k/a Shelly Wicks
15 Forest Road
Elmer, NJ 08318

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107