United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shelly K. Chappell  
    Debtor

Case No. 17-15397-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Jennifer     Page 1 of 1     Date Rcvd: Feb 26, 2018  
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2018.
```
db             +Shelly K. Chappell,    15 Forest Road,    Elmer, NJ 08318-4037
13964812       +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2018 at the address(es) listed below:
```
          ALEXANDRA T. GARCIA    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
           2006-15 ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for The Bank
           of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the
           CWABS Inc., Asset-Backed Certificates, Series 2006-1 ecfmail@mwc-law.com,    ecfmail@mwc-law.com
          BRANDON J. PERLOFF    on behalf of Debtor Shelly K. Chappell bperloff@kminjurylawyers.com,
           kmecf1429@gmail.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
           The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of
           the CWABS Inc., Asset-Backed Certificates, Series 2006-1 ecfmail@mwc-law.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
          JIM  PEAVLER    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon et al...
           KMcDonald@blankrome.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
           York, as Trustee for the Certificateholders of The CWABS, Inc., Asset-Backed Certificates,
           Series 2006-15 bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon et al...
           bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Shelly K. Chappell f/k/a Shelly Johnson f/k/a Shelly Zanders f/k/a Shelly Wicks<br><br>Debtor<br><br>Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-15, or its Successor or Assignee<br>                           Movant<br>                            vs.<br><br>Frederick L. Reigle, Trustee<br>Shelly K. Chappell f/k/a Shelly Johnson f/k/a Shelly Zanders f/k/a Shelly Wicks<br>                          Respondents | Chapter 13<br>Bankruptcy No. 17-15397-JKF |

**ORDER**

AND NOW, this 26th day of February, 2018, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, terminated as to Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-15, or its Successor or Assignee, with respect to the property located at: 6128 Lensen Street, Philadelphia, Pennsylvania 19144-1021.

_____
Jean K. FitzSimon
United States Bankruptcy Judge

cc.:
Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Ann E. Swartz, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad St., Suite 1400
Philadelphia, PA 19109

Brandon J. Perloff
Kwartler Manus, LLC
1429 Walnut Street, Suite 701
Philadelphia, PA 19102

Shelly K. Chappell f/k/a Shelly Johnson f/k/a
Shelly Zanders f/k/a Shelly Wicks
15 Forest Road
Elmer, NJ 08318

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107