United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 17-15397-jkf
Shelly K. Chappell                                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Feb 05, 2020
                              Form ID: pdf900         Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
```
db             +Shelly K. Chappell,    15 Forest Road,    Elmer, NJ 08318-4037
13964957       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13964800       +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
13964801       +Daniel J. Santucci,    1 International Plaza,    5th Floor,    Philadelphia, PA 19113-1510
13964803       +Frederic I. Weinberg, Esquire,    375 East Elm Street,    Suite 210,    Conshocken, PA 19428-1973
13964804       +James Chappell, IV,    15 Forest Road,    Elmer, NJ 08318-4037
13964805       +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
13964806       +Medical Data Systems I,    645 Walnut St Ste 5,    Gadsden, AL 35901-4173
13964809       +Philadelphia Gas Works,    1137 Chestnut St.,    Philadelphia, PA 19107-3619
13964810       +Profburcol,    5295 Dtc Parkway,    Greenwood Village, CO 80111-2752
13964812       +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
13972814       +The Bank of New York Mellon,    for The CWABS, Inc. Series 06-00015,    c/o MATTEO SAMUEL WEINER,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13990694       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13964813       +Troy Freedman, Esq.,    STERN & EISENBERG, PC,    1581 MAIN STREET, SUITE 200,
                 WARRINGTON PA 18976-3403
13968632       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 06 2020 03:59:35     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 06 2020 03:59:18     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13964798        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 06 2020 04:01:29     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
13964799       +E-mail/Text: bankruptcy@cavps.com Feb 06 2020 03:59:13     Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
14004238       +E-mail/Text: bankruptcy@cavps.com Feb 06 2020 03:59:14     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13964802       +E-mail/Text: electronicbkydocs@nelnet.net Feb 06 2020 03:58:56     Dept Of Education/neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
14011867       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2020 03:58:48     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
13964807       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2020 03:58:48     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
13964808       +E-mail/Text: bankruptcygroup@peco-energy.com Feb 06 2020 03:57:59     PECO,    2301 Market St,
                 Philadelphia, PA 19103-1380
14028470        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2020 04:05:48
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13994205        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2020 03:58:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
13964811       +E-mail/Text: bankruptcy@sw-credit.com Feb 06 2020 03:58:50     Southwest Credit Syste,
                 4120 International Pkwy,    Carrollton, TX 75007-1958
13977591       +E-mail/Text: electronicbkydocs@nelnet.net Feb 06 2020 03:58:56
                 U.S. Department of Education C/O Nelnet,    121 S 13th St, Suite 201,    Lincoln, NE 68508-1911
                                                                                             TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2         User: John              Page 2 of 2           Date Rcvd: Feb 05, 2020
                             Form ID: pdf900         Total Noticed: 28
```

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2006-15 ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for The Bank
               of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the
               CWABS Inc., Asset-Backed Certificates, Series 2006-1 ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              BRANDON J PERLOFF    on behalf of Debtor Shelly K. Chappell bperloff@kmfirm.com,
               kmecf1429@gmail.com,mhazlett@kmfirm.com,KwartlerManusLLC@jubileebk.net
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
               The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of
               the CWABS Inc., Asset-Backed Certificates, Series 2006-1 ecfmail@mwc-law.com
              JIM  PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon et al...
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as Trustee for the Certificateholders of The CWABS, Inc., Asset-Backed Certificates,
               Series 2006-15 bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon et al...
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
| --- | --- |
| SHELLY K. CHAPPELL | Bankruptcy No. 17-15397-JKF |
| Debtor | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 5, 2020**

JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE